Docketed Feb. 1, 1924. 2 Abs. 115. For syllabus, see page 375.

18469—The State, ex rel Merchants Fire Ins. Co., of Indiana, v. Harry L. Conn, Supt. of Insurance of Ohio. In Mandamus. Writ allowed. Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur. Wanamaker, J., not participating.

Docketed March 24, 1924. 2 Abs. 226. For syllabus, see page 376.

## MOTION DOCKET
### Index of Cases Decided
#### Motions Overruled

Clark v. Baranowski _____ 18393
Cols. Ry. Power & Lt. Co. v. Payne_____ 18419
Duval v. State (See post)_____ 18468
Ea. Cleveland v. Latimer, ex._____ 18429
Graham v. Fullen _____ 18421
Lichwaldt v. Lichwaldt _____ 18433
Md. Mot. Car Ins. Co. v. Meister_____ 18427
No. West Boulevd. Co. v. Cain_____ 18471
Osik v. State _____ 18430

#### Motions Sustained

Hecker, ex. v. Fisher et_____ 18385
Brush Mc Coy Pot. Co. v. Burnsworth__ 18324
Duval v. State (See ante)_____ 18468
Jackson v. Clev. Ry. Co._____ 18387
Lawrence & Co. v. Kern_____ 18403
Oglesbee v. Miller, ex._____ 18363
Savin v. Butler _____ 18422

18324—The Brush McCoy Pottery Co. v. Russell R. Burnsworth. Motion for an order directing the Court of Appeals of Muskingum county to certify its record. Sustained. Docketed Jan. 21, 1924. 2 Abs. 83.

18363—George D. Oglesbee, surviving widower, v. W. L. Miller, Exr. Motion for an order directing the Court of Appeals of Greene county to certify its record. Sustained. Docketed Feb. 5, 1924. 2 Abs. 131. Pending case, 2 Abs. 293.

18385—Oren D. Becker, Exr., v. Edwin Fisher et al. Motion for an order directing the Court of Appeals of Clinton county to certify its record. Sustained. Docketed Feb. 14, 1924. 2 Abs. 147.

18387—Mary A. Jackson v. The Cleveland Ry. Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Sustained. Docketed Feb. 15, 1924. 2 Abs. 147. OA. Op., 2 Abs. 266.

18393—L. B. Clark v. Alexander Baranowski et al. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Sustained. Docketed Feb. 18, 1924. 2 Abs. 147.

18403—W. W. Lawrence & Co. v. Andrew Kern. Motion for an order directing the Court of Appeals of Belmont county to certify its record. Sustained. Docketed Feb. 22, 1924. 2 Abs. 163.

18419—The Columbus Ry. Power & Light Co. v. Bernard W. Payne, Jr. Motion for an order directing the Court of Appeals of Franklin county to certify its record. Overruled. Docketed Feb. 29, 1924. 2 Abs. 140.

18421—William E. Graham v. Virgil Fullen. Motion for an order directing the Court of Appeals of Warren county to certify its record. Overruled. Docketed March 1, 1924. 2 Abs. 179.

18422—Samuel Savin v. Joseph S. Butler. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Sustained. Docketed March 1, 1924. 2 Abs. 179.

18427—The Maryland Motor Car Ins. Co. v. Eugene Meister. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Docketed March 7, 1924. 2 Abs. 194.

18429—City of East Cleveland v. Mary E. Latimer, Admx. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled. Docketed March 7, 1924. 2 Abs. 194. OA. op., 2 Abs. 283.

18430—Joseph Osik v. State of Ohio. Motion for an order directing the Court of Appeals of Lorain county to certify its record. Overruled. Docketed March 8, 1924. 2 Abs. 194. OA. op., 2 Abs. 296; Pend. Case, 2 Abs. 261.

18433—August Lichtwadt v. Jane Lichtwadt. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled. Docketed March 8, 1924.

18468—Samuel R. Duvall v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Lucas county. Sustained. Docketed March 24, 1924. 2 Abs. 226.

18468—Samuel R. Duvall v. State of Ohio. Motion by defendant to dismiss petition in error as. of right. Overruled. See ante.

18471—The Northwestern Boulevard Co. v. Charles L. Cain et al. Motion for an order directing the Court of Appeals of Franklin county to certify its record. Overruled. Docketed March 26, 1924. 2 Abs. 244. OA. op., 2 Abs. 329; Pending Case, 2 Abs. 324.

18471 The Northwestern Boulevard Co. v. Charles L. Cain et al. Motion by defendant Peter L. Cain to strike from files motion to certify record. Sustained. See ante.

# Syllabi of Cases Decided Last Week

Opinions in these cases will appear in the Law Bulletin at an early day for 109 OS.—about four weeks hence.

No. 18354—The State ex rel Herman L. Christensen, v. H. P. Larsen et al. In Quo Warranto.

MUNICIPAL LAW—Appointment of councilman to fill vacancy of deceased member, one for unexpired term and another as member elect—Quo Warranto held not to apply in favor of the former.

MATTHIAS, J.

Where a village council, having ascertained and declared that a vacancy existed in that body by reason of the fact that a member elect had died without qualifying as required by Section 4242, General Code, filled the vacancy pursuant to the provisions of Section 4236, General Code, such appointment is valid and

effective, and Quo Warranto will not lie in favor of one who had been appointed to fill the previous unexpired term of such deceased member.

Writ denied.

Marshall, C. J., Robinson, Jones, Day and Allen, JJ., concur. Wanamaker, J., not participating.